**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WAYNE FOURNERAT, ESQ., | Case No. EDCV 19-0961-AB (AS) |
|          Plaintiff, | |
|    v. | **JUDGMENT** |
| SHANNON FLECK, et al., | |
|          Defendants. | |

Pursuant to the Court's Order Dismissing Third Amended Complaint,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:  December 8, 2020.

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE